JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINA SAMAAN, | Case No. 13-CV-5724-MWF (RZx) |
| Plaintiff, | **The Honorable Michael W. Fitzgerald** |
| v. | |
| DEPUTY MARCELO SEPULVEDA and OFFICER MIGUEL SANCHEZ, | **JUDGMENT AFTER TRIAL** |
| Defendants. | |

This action came on regularly for trial on May 26, 2015, in Courtroom 1600 of the United States District Court for the Central District of California, before the Honorable Michael W. Fitzgerald, United States District Judge, presiding.

Plaintiff Mina Samaan was represented by Andrew M. Stein and Jerry L. Steering.

Defendant Marcelo Sepulveda was represented by Thomas Hurrell and Amie Park, and Defendant Miguel Sanchez was represented by Deputy City Attorney Surekha A. Pessis.

A jury was regularly empanelled and sworn. Witnesses were sworn and testified, and documentary evidence was introduced and admitted into evidence.

-1-

After the presentation of the evidence, the instructions of the Court, and the arguments of counsel, the case was submitted to the jury.  The jury deliberated and thereafter returned to Court with its verdict as follows:

***Fourth Amendment Claim/Detention***

**QUESTION NO. 1**: Did Plaintiff Mina Samaan prove by a preponderance of the evidence that Defendant Deputy Marcelo Sepulveda detained him without reasonable suspicion in violation of the Fourth Amendment to the United States Constitution?
*Please check "Yes" or "No".*

YES_____ NO___X____

*If you answered "Yes", please proceed to the next question.*
*If you answered "No", please proceed to Question No. 3.*

**QUESTION NO. 2**: Did Plaintiff Mina Samaan prove by a preponderance of the evidence that Defendant Deputy Marcelo Sepulveda's conduct in detaining him was a substantial factor in causing him to suffer an injury?
*Please check "Yes" or "No".*

YES_____ NO_____

*Please proceed to the next question.*
//
//
//
//
//
//
//

JUDGMENT AFTER TRIAL

1  //

2  ***Fourth Amendment Claim/Arrest***

3

4  **QUESTION NO. 3**: Did Plaintiff Mina Samaan prove by a preponderance of the

5  evidence that Deputy Marcelo Sepulveda or Officer Miguel Sanchez arrested him

6  without probable cause in violation of the Fourth Amendment to the United States

7  Constitution?

8  *Please check "Yes" or "No" as to each Defendant.*

9        Marcelo Sepulveda        YES_____  NO___X____

10        Miguel Sanchez           YES_____  NO___X____

11  *If you answered "Yes" as to either or both Defendants, please proceed to the next*

12  *question.*

13  *If you answered "No" as to all Defendants, please proceed to Question No. 5.*

14

15  **QUESTION NO. 4**: Did Plaintiff Mina Samaan prove by a preponderance of the

16  evidence that Deputy Marcelo Sepulveda or Officer Miguel Sanchez's conduct in

17  arresting him was a substantial factor in causing injury to him?

18  *Please check "Yes" or "No".  Only provide a response as to the Defendant(s) that*

19  *you answered "Yes" to in Question 3.*

20        Marcelo Sepulveda        YES_____  NO_____

21        Miguel Sanchez           YES_____  NO_____

22  *Please proceed to the next question.*

23  //

24  //

25  //

26  //

27  //

28  //

-3-

JUDGMENT AFTER TRIAL

1  //

2  ***<u>Fourth Amendment Claim/Excessive Force</u>***

3

4  **QUESTION NO. 5**: Did Plaintiff Mina Samaan prove by a preponderance of the

5  evidence that Deputy Marcelo Sepulveda or Officer Miguel Sanchez used excessive

6  force against him in violation of the Fourth Amendment to the United States

7  Constitution?

8  *Please check "Yes" or "No" as to each Defendant.*

9       Marcelo Sepulveda       YES_____ NO___X____

10      Miguel Sanchez          YES_____ NO___X____

11  *If you answered "Yes" as to either or both Defendant(s), please proceed to the next*

12  *question.*

13  *If you answered "No" as to all Defendants, please proceed to the instructions*

14  *before Question No. 7.*

15

16  **QUESTION NO. 6**: Did Plaintiff Mina Samaan prove by a preponderance of the

17  evidence that Deputy Marcelo Sepulveda or Officer Miguel Sanchez's use of

18  excessive force was a substantial factor in causing injury to Plaintiff Samaan?

19  *Please check "Yes" or "No".  Only provide a response as to the Defendant(s) that*

20  *you answered "Yes" to in Question 5.*

21      Marcelo Sepulveda       YES_____ NO_____

22      Miguel Sanchez          YES_____ NO_____

23  *Please proceed.*

24

25  *If you answered "Yes" as to Defendant Officer Miguel Sanchez in Question 4 or*

26  *Question 6 or both, please proceed to Question 7.  If you answered "No" as to*

27  *Defendant Officer Miguel Sanchez in both Questions 4 and 6, please proceed to*

28  *Question 8.*

-4-

JUDGMENT AFTER TRIAL

**QUESTION NO. 7**: Was Defendant Officer Miguel Sanchez acting "under color of law" when he violated Plaintiff Mina Samaan's rights under the Fourth Amendment to the United States Constitution?

*Please check "Yes" or "No".*

YES_____ NO_____

*Please proceed.*

***Assault***

**QUESTION NO. 8**: Did Plaintiff Mina Samaan prove by a preponderance of the evidence that Officer Miguel Sanchez assaulted him?

*Please check "Yes" or "No".*

YES_____ NO\_\_\_X\_\_\_\_

*If you answered "Yes", please proceed to the next question.*

*If you answered "No", please proceed to the instructions before Question No. 10.*

**QUESTION NO. 9**: Did Plaintiff Mina Samaan prove by a preponderance of the evidence that Officer Miguel Sanchez's conduct in assaulting him was a proximate cause of any injury?

*Please check "Yes" or "No".*

YES_____ NO_____

*Please proceed.*

//
//
//
//
//

JUDGMENT AFTER TRIAL

*If you answered "Yes" as to any of the Defendants in Questions 2, 4, 6, or 9, please answer Question 10.  Otherwise, please skip the remaining questions, and have the foreperson sign and date this form.*

### ***Damages***

**QUESTION NO. 10**: What amount of damages, if any, did Plaintiff Mina Samaan sustain which was caused by Defendant(s)?

      a.  Past noneconomic loss, including
         physical pain and mental suffering:    $_____

      b.  Future noneconomic loss (i.e. mental
         suffering):    $_____

      c.  Past medical expenses    $_____

      d.  Cost of bail    $_____

          TOTAL:  $_____

*Please proceed.*

**QUESTION NO. 11**: What percentage of the damages you found in Question 10 was caused by each of the Defendants?

      Marcelo Sepulveda    _____ %

      Miguel Sanchez    _____ %

          TOTAL 100 %

//

//

JUDGMENT AFTER TRIAL

*If you answered "Yes" to any of Questions 2, 4, or 6, please also answer question No. 12.  Otherwise, please sign and return this special verdict form.*

**QUESTION NO. 12**: Did Plaintiff Mina Samaan prove by a preponderance of the evidence that Deputy Marcelo Sepulveda or Officer Miguel Sanchez acted with malice, oppression or in reckless disregard of the rights of Plaintiff Samaan? *Please check "Yes" or "No".  Only respond if you answered "Yes" as to that Defendant in Questions 2, 4, or 6.*

     Marcelo Sepulveda     YES_____ NO_____

     Miguel Sanchez     YES_____ NO_____

     NOW , THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

1. That judgment on the merits be entered in favor of Defendants Marcelo Sepulveda and Miguel Sanchez, and that Plaintiff Mina Samaan take nothing from this Complaint; and

2. That Defendants Marcelo Sepulveda and Miguel Sanchez recover their costs as provided by law.

Dated: June 5, 2015.

           _____

           MICHAEL W. FITZGERALD

           United States District Judge

JUDGMENT AFTER TRIAL